IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GURAL FOSTER**                                                                          **PLAINTIFF**

V.                                          **4:21CV00851 JM**

**WELCARE;**
**DOE, Social Supplement Income**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 1st day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE